IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWARD JEROME HARBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-cv-01206 |
| v. | ) | Judge Trauger |
| | ) | |
| GEORGE LITTLE, in his official capacity as | ) | |
| Tennessee's Commissioner of Correction, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ORDER TO PRODUCE**

COMES NOW the Plaintiff, Edward Jerome Harbison, through his undersigned counsel of record, and moves this Court to enter an order directing the State of Tennessee and/or the Tennessee Department of Correction and/or Warden Ricky Bell to produce Edward Jerome Harbison at the United States Courthouse, 801 Broadway, Nashville, Tennessee, for the hearing before this Court commencing September 4, 2007, at 9:00 a.m., CST. Plaintiff further requests that the Order to Produce shall be in effect until the conclusion of the hearing.

Respectfully submitted this 21st day of August, 2007.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/ Stephen M. Kissinger
Stephen M. Kissinger
Asst. Federal Community Defender
530 S. Gay Street, Suite 900
Knoxville, TN 37902
(865) 637-7979



Case 3:06-cv-01206 Document 108 Filed 08/21/07 Page 1 of 2 PageID #: 3019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007, this Motion for Transport Order was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt addressed to:

Mark A. Hudson
Senior Counsel
Office of Attorney General
425 Fifth Avenue North
P. O. Box 20207
Nashville, TN 37243
(615) 741-7401
Mark.A.Hudson@state.tn.us

Martha A. Campbell
Associate Deputy Attorney General
Office of Attorney General
425 Fifth Avenue North
P. O. Box 20207
Nashville, TN 37243
(615) 532-2558

/s/ Stephen M. Kissinger
Stephen M. Kissinger