IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWARD JEROME HARBISON,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE LITTLE, in his official capacity as Tennessee's Commissioner of Correction, et al.,<br><br>Defendants. | ) | No. 3:06-CV-01206<br>JUDGE TRAUGER |

AGREED MOTION TO EXPAND RECORD OF EVIDENTIARY HEARING

Comes now, Plaintiff Edward Jerome Harbison, through undersigned counsel and respectfully moves this Court to enter an order admitting Plaintiff's Exhibit 29, TDOC Minutes dated 4/19/07, into evidence and the record in this case.

On day three of the evidentiary hearing, Plaintiff's counsel examined Physician A about his communications with the Protocol Committee. In particular, Physician A was asked about the information he gave to the Protocol Committee regarding checking the condemned inmate for consciousness after the administration of the first drug, Sodium Pentothal, in the three-drug cocktail (Vol. 3 p.482-83). The minutes of the committee reflecting the interaction between Physician A and the Protocol Committee were identified as Plaintiff's Exhibit 29 and are attached.

Undersigned counsel neglected to move Plaintiff's Exhibit 29 into evidence during the hearing.

Undersigned counsel has contacted counsel for Respondent who does not object to including Exhibit 29 within the evidence and record of the evidentiary hearing.

WHEREFORE, it is respectfully requested that the Court enter an order expanding the record to include the attached Plaintiff's Exhibit 29.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/ Stephen M. Kissinger
Stephen M. Kissinger
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929-9714
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, a copy of the foregoing Agreed Motion to Expand Record of Evidentiary Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Stephen M. Kissinger
Stephen M. Kissinger