# Review of TDOC Electrocution Process
## Rachel Jackson Building, Conference Room 6A
## April 19, 2007

PRIVILEGED/CONFIDENTIAL

CASE NO. 3:06-CV-1206
Harbison
VS. Little, et al.
PLAINTIFF'S EXHIBIT 29
DATE ______ IDEN.
DATE ______ EVID.
BY ______
Deputy Clerk
AO 386

**Present**
Julian Davis, Presiding, Correspondence Coordinator, TDOC
Debbie Inglis, General Counsel, TDOC
Gayle Ray, Deputy Commissioner, TDOC
Ricky Bell, Warden, RMSI
Roland Colson, Warden, DSNF
Physician (by telephone)

- Warden Colson and Mr. Davis reported that the visit to Terre Haute, IN was informative. They stated that Indiana has some of the same processes in place as Tennessee and after speaking with TDOC representatives, they have considered adopting some of Tennessee's practices.

- Deputy Commissioner Ray that using a checklist like the one Indiana uses is a good idea.

- Deputy Commissioner Ray also mentioned having something that would assure the unconsciousness of an inmate (during the execution procedure). Mr. Davis suggested using the tape that signifies the end. Warden Bell stated that he would give a signal to the Executioner. Ms. Inglis suggested that the Physician should tell the Committee what they should be looking at.

- Warden Bell reported that RMSI practiced the lethal injection execution on April 18, 2007, and the best he could tell process took four minutes.

- Warden Bell placed a call to the Physician to inquire about what would indicate that an inmate is unconscious after the first drug and a saline flush are given (three- drug protocol) so that he can give the signal to go ahead with the other drugs. The Physician advised him to look at the eyes. If the pupils are dilated the person is already gone. The Physician stated that constricted pupils are not a definitive sign of unconsciousness. The Physician also suggested checking for an eyelash response by brushing a finger across them. He also suggested lifting up the person's arm. Warden Bell stated that cannot be done because the inmate is strapped down. The Physician also suggested a pin prick or pinching the nipples. Warden Bell suggested that a stylus could be used to swipe under the inmate's

PLAINTIFF'S EXHIBIT
29
3:06-CV-1206

foot. Deputy Commissioner Ray asked if you could call the inmate's name or ask him, "Can you hear me?" The Physician said that it not good enough.

- Warden Bell stated that he prefers to do the eyelash test or open the eyes to see if the pupils are dilated. Deputy Commissioner Ray stated that if a non- medical person is checking, the argument will be, "He is not a medical person, how can you have him doing it?" Mr. Davis suggested putting a general statement in the protocol. Ms. Inglis stated because there is no medical training, it raises questions if specific tasks are not in the protocol. Warden Bell suggested listing choices of methods to check if they are required to be listed in the protocol.