IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EDWARD JEROME HARBISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 3:06-cv-01206** |
| ) | **Judge Trauger** |
| **GEORGE LITTLE,** in his official capacity ) | |
| as Tennessee's Commissioner of Correction, ) | |
| **RICKY BELL,** in his official capacity as ) | |
| Warden, Riverbend Maximum Security ) | |
| Institution, **JOHN DOE PHYSICIANS 1-100,** ) | |
| **JOHN DOE PHARMACISTS 1-100,** ) | |
| **JOHN DOE MEDICAL PERSONNEL 1-100,** ) | |
| **JOHN DOE EXECUTIONERS 1-100,** and ) | |
| **JOHN DOES 1-100,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Second Motion to Amend Complaint filed by the plaintiff (Docket No. 169) is **DENIED**. The Motion to Vacate Injunction and Enter Judgment filed by the defendants (Docket No. 172) is **GRANTED**. The plaintiff's request for oral argument on these motions is denied. The injunction previously entered by the court (Docket No. 148) is hereby **VACATED**, and all of the plaintiff's claims are **DISMISSED** with prejudice. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 12th day of July 2010.

_____
ALETA A. TRAUGER
United States District Judge